IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| vs. | : | CRIM. NO. 5:07-CR-37 (WDO) |
| | : | |
| KENNETH McCRARY | : | |
| | : | |
| _____ | : | |

**O R D E R**

Upon the motion of the Government, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the July term of court to the next regularly scheduled Macon term of court. In support of this order, the Court specifically finds that:

(1) Defendant is charged in a one count Indictment for Possession with Intent to Distribute Cocaine.

(2) This matter is set for Pretrial Conference on July 25, 2007. The trial is set for August 21, 2007.

(3) The Government missed the motion for discovery filed on ECF back in May of 2007. The discovery is prepared and will go out in the mail today.

(4) As the Government failed to provide discovery it joins in the defense's motion for continuance.

(5) The continuance to the next term of Court will provide the United States and the Defendant with reasonable time to complete discovery and effectively

1

prepare for trial.

(6) The ends of justice served by granting the continuance to the next term of Court outweighs the best interest of the public and the Defendant in a speedy trial.

(7) WHEREFORE IT IS ORDERED that the entire case be continued to the next regularly scheduled term of court for the Macon Division. IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 1st day of August, 2007.

S/C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

Presented by:
_____
S/JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY